FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DORMAN PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **SUMMONS** <br><br> **Court No. 24-00236** |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ <b>Mario Toscano</b><br>Clerk of the Court

1. Plaintiff Dorman Products, Inc. is a U.S. importer of subject merchandise within the scope of the antidumping duty investigation of aluminum extrusions from the People's Republic of China. Plaintiff is an interested party under 19 U.S.C. § 1677(9)(A) and participated in the underlying proceeding. As such, Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests various aspects of the final determination of the U.S. Department of Commerce in the antidumping investigation of aluminum extrusions from the People's Republic of China, *see* Aluminum Extrusions From the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value, 89 Fed. Reg. 80,506 (Oct. 3, 2024). This determination is reviewable pursuant to 19 U.S.C. § 1516a(3).
   (Brief description of contested determination)

3. September 26, 2024
   (Date of determination)

4. October 3, 2024
   (If applicable, date of publication in Federal Register of notice of contested determination)

| | |
|---|---|
| /s/Richard P. Ferrin <br> Signature of Plaintiff's Attorney <br><br> December 19, 2024 <br> Date | Richard P. Ferrin, Douglas J. Heffner, and Carrie Bethea Connolly <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 1500 K Street, N.W. <br> Washington, DC 20005 <br> (202) 230-5803 <br> richard.ferrin@faegredrinker.com <br> Name, Address, Telephone Number and E-Mail Address of Plaintiff's Attorney |

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff Oct. 1, 1986; Sept. 30, 2013, eff. Jan. 1, 2014; Nov 28, 2006, eff. Jan. 1, 2007, Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

**On Behalf of the United States of America**

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20005

**On Behalf of the United States Department of Commerce**

General Counsel of the U.S. Department of Commerce
Office of the Chief Counsel for Trade Enforcement and Compliance
U.S. Department of Commerce
14th & Constitution Avenue, N.W.
Washington, DC 20230